**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 342 MAL 2014
                                          :
              Respondent      : Petition for Allowance of Appeal from the
                                            : Order of the Superior Court
                                          :
                    v.                    :
                                          :
                                          :
CRAIG DAVID ICE,                    :
                                          :
              Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.